UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80513-RAR

**JOHN DOE**,

    Plaintiff,
v.

**TOWN OF JUPITER,** *et al.*,

    Defendants.
_____/

## ORDER STRIKING MOTIONS TO DISMISS

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On June 28, 2019, Plaintiff filed a Fourth Amended Complaint against the Defendants. Defendant Town of Jupiter, Defendant Andrew Sharp, and Defendant David Aronberg have filed separate Motions to Dismiss the Fourth Amended Complaint [ECF Nos. 60, 61, 66]. The Court does not permit the filing of separate motions unless there are clear conflicts of positions. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant Town of Jupiter's Motion to Dismiss Fourth Amended Complaint with Prejudice and Motion to Strike Claim for Punitive Damages [ECF No. 60], Defendant Andrew Sharp's Motion to Dismiss and Motion to Strike [ECF No. 61], and Defendant David Aronberg's Motion to Dismiss or Abstain [ECF No. 66] are **STRICKEN**. Defendants shall confer and file either a joint response, or separate answers on or before **August 12, 2019**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of July, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**