UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80513-RAR

**JOHN DOE**,

    Plaintiff,

v.

**TOWN OF JUPITER,** *et al.*,

    Defendants.

_____/

## OMNIBUS ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Sanctions against Defendants [ECF No. 89] filed on October 4, 2019 and Defendants' Joint Motion for Sanctions against Plaintiff [ECF No. 91] filed on October 7, 2019 (collectively, the "Motions").

For the reasons stated on the record on October 15, 2019, during the Telephonic Hearing on the Motions, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motions [ECF Nos. 89, 91] are **DENIED**.

2. On or before **October 31, 2019**, the parties shall select a mediator in accordance with Local Rule 16.2; schedule a time, date, and place for mediation; and jointly **file** a proposed order scheduling mediation **via CM/ECF** in the form specified on the Court's website. In addition to filing the joint proposed order, the parties shall also email the order to ruiz@flsd.uscourts.gov in Word format. **The email subject line must include the case number as follows: XX-CIV-XXXX-RAR**. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as the impasse becomes clear, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with, and adhere to, all provisions of Local Rule 16.2.2.

3. Within **seven (7) days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

4. John Doe Plaintiff shall appear telephonically at the scheduled mediation.

5. In accordance with the Court's Scheduling Order [ECF No. 57], the mediation must be completed on or before **March 2, 2020**.

6. To the extent a party has not responded to pending discovery request(s), all discovery responses are temporarily **STAYED** pending adjudication of Defendant David Aronberg's Expedited Motion to Stay Proceedings [ECF No. 97].

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of October, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**