UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:19-cv-80513-RAR

JOHN DOE, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

TOWN OF JUPITER, at al.,

    Defendants.
_____/

## DEFENDANT DAVID ARONBERG'S NOTICE OF STRIKING RENEWED MOTION TO REQUIRE DISCLOSURE OF PLAINTIFF'S AND PUTATIVE CLASS MEMBERS' IDENTITIES

Defendant DAVID ARONBERG, as State Attorney for the 15th Judicial Circuit, by and through his undersigned counsel, files his Notice of Striking his Renewed Motion to Require Disclosure of Plaintiff's and Putative Class Members' Identities, (D.E. 102), because an amended version of the same motion is being filed in its place.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF this October 18, 2019, and served upon Edward Mullins, Esq., emullins@reedsmith.com; James C. McCaroll, Esq., jmmcarroll@reedsmith.com; Jordan W. Siev, jsiev@reedsmith.com; Daniel Alvarez Sox, dsox@reedsmith.com; Joseph Tacopina, Esq., jtacopina@tacopinalw.com; Michael J. Roper, Esq. at mroper@bellroperlaw.com, phermose@bellroperlaw.com; John M. Janousek, Esq., at jjanousek@bellroperlaw.com, dmatias@bellroperlaw.com and kreed@bellroperlaw.com; and Lyman H. Reynolds, Jr., Esq., at lreynolds@rrbpa.com and service_LHR@rrbpa.com.

Respectfully Submitted,

ASHLEY BROOKE MOODY,
ATTORNEY GENERAL

s/     Shane Weaver_____
SHANE WEAVER, ESQ.
Senior Assistant Attorney General
Florida Bar No. 907421
Office of the Attorney General
1515 N. Flagler, Suite 900
West Palm Beach, Florida 33401
Tel. (561) 268-5216
Fax (561) 837-5102
shane.weaver@myfloridalegal.com