UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80513-RAR

**JOHN DOE,** *on behalf of himself and*
*all others similarly situated*,

      Plaintiff,

v.

**TOWN OF JUPITER,** *et al.*,

      Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO COMPEL DESTRUCTION OF VIDEOS

**THIS CAUSE** comes before the Court on Plaintiff John Doe's Unopposed Motion to Compel Destruction of Videos [ECF No. 154] ("Motion"). The Court having reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. 154] is **GRANTED**. Pursuant to the terms of the parties' settlement agreement, Defendants shall destroy the videos unlawfully obtained through the surveillance of the Orchids of Asia Day Spa located in Jupiter, Florida from January 18, 2019 to January 22, 2019, including any body camera footage obtained during associated traffic stops as well as any copies thereof.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of January, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**