UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-80513-RAR

**JOHN DOE**, *on behalf of himself and all others similarly situated*,

    Plaintiffs,

v.

**TOWN OF JUPITER**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Stipulated Dismissal With Prejudice of Defendant David Aronberg ("Stipulated Dismissal"), [ECF No. 153], and the Stipulation of Dismissal With Prejudice as to Defendant Andrew Sharp and Defendant Town of Jupiter ("Stipulation of Dismissal"), [ECF No. 156].  The Court having reviewed the Stipulated Dismissal, the Stipulation of Dismissal, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* with each party to bear its or his own costs and attorneys' fees.  The Clerk is instructed to mark this case **CLOSED**.  Any pending deadlines are **TERMINATED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of May, 2025.

                                            _____
                                            **RODOLFO A. RUIZ II**
                                            **UNITED STATES DISTRICT JUDGE**